[No. 17862-8-I.   Division One.   September 14, 1987.]

*In the Matter of the Marriage of* HELEN J. DANARAJ, *Respondent, and* JONATHAN GOPAL DANARAJ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-3-07625-2, JoAnne Alumbaugh, J., entered

January 17, 1986. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Pekelis, J., and Dolliver, J. Pro Tem.